Form 13-7

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In Re:  Jacqueline Sierra           )
                                    )    Case No. 18-35489
            Debtor(s).              )

## Order Confirming Plan

The plan under Chapter 13 of the Bankruptcy Code, filed as docket no. __20__,

having been found by the court to comply with the provisions of 11 U.S.C. § 1325, THE PLAN

IS HEREBY CONFIRMED.

ENTER:

_____
Judge

Dated:  **0 5 APR 2019**

Rev: 03/15/2019